**STATE of Missouri, Respondent,**

v.

**Alfred Charles Hardy KING, Jr., Appellant.**

**No. 50423.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 8, 1986.

Motion for Rehearing and/or Transfer Denied May 13, 1986.

Application to Transfer Denied June 17, 1986.

Kathleen Murphy Markie, Public Defender, Columbia, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for stealing property valued at $150.00 or more, in violation of § 570.030, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).